Henderson, Judge.
 

 — The Plaintiff, however muck to be pitied, for in justice she is entitled to the whole estate of her son, real as well as personal, in preference to a remote collateral heir, and the more espe cially iu this case, as she furnished most of the funds with which the lands were purchased, yet has no grounds on which she can stand. For we are clearly of opinion, that the promise of support satisfied the transfer of the slaves j and if it did not, she has the whole personal estate as her own, wherewith she may satisfy it. At least that forms no ground of relief in this bill. And «as to the agreement to convey to her the lands in question, in consideration of her selling for the son’s benefit. her dower in her late husband’s lands, we are well satisfied, fiom the testimony, that nothing more was in* tended than a life estate, a home for life ; and that also she has got, for on her son’s death without issue, and without brother, sister or father, the lands descended on her for life.
 

 Per. Curiam.
 

 — Let the bill be dismissed with costs-